```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CIVIL DOCKET ENTRIES FOR CASE A01-0357--CV (HRH)           │
│                 "ALASKA STOCK ET AL V STROH BREWERY CO ET AL"           │
├─────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel   │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 12/04/01
            Closed: 04/08/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (820) Copyright
                    17:101
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 12/04/01 receipt # 00116384
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | ALASKA STOCK LLC | D. John McKay<br>Law Office of D. John McKay<br>117 E. Cook Avenue<br>Anchorage, AK 99501<br>907-274-3154<br>FAX 907-272-5646 |
| PLF 2.1 | MISHLER, CLARK JAMES | D. John McKay<br>(see above) |
| DEF 1.1 | STROH BREWERY CO | No counsel found for this party! |
| DEF 2.1 | PABST BREWING CO INC | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0357--CV (HRH)
                         "ALASKA STOCK ET AL V STROH BREWERY CO ET AL"

                                        For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 12/04/01
           Closed: 04/08/02

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (820) Copyright
                   17:101
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/04/01 receipt # 00116384
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/04/01 | Complaint w/att exhs filed; Summons issued. |
| 1 - 2 | 12/04/01 | PLF 1-2 Jury Demand w/att exh. |
| 2 - 1 | 01/04/02 | DEF 2 motion to dismiss for improper venue or, in alt, mot to sever and transfer |
| 3 - 1 | 01/09/02 | PLF 1-2 Unopposed motion to ext time to respond to mot to dismiss until def's entry of appearance through local counsel is filed |
| 3 - 2 | 01/10/02 | HRH Order granting unopposed motion to ext time to respond to mot to dismiss until def Pabst's cnsl enters appearance through local counsel (3-1). cc: cnsl |
| 4 - 1 | 02/05/02 | HRH Minute Order that proof of service due 20 days. cc: cnsl |
| 5 - 1 | 03/06/02 | HRH Minute Order that proof of service due 120 days or case will be dismissed. cc: cnsl |
| 6 - 1 | 03/08/02 | HRH Minute Order that closing docs, status report due 20 days; all pending mots denied as moot. cc: cnsl |
| 7 - 1 | 03/08/02 | PLF 1-2 Return of Service Executed re: DEF 2 on 12/12/01. |
| 8 - 1 | 03/08/02 | PLF 1-2 re: return of svc and settlement. |
| 9 - 1 | 04/05/02 | PLF 1-2 Dismissal Notice (Case). |